UNITED STATES DISTRICT COURT

_____DISTRICT OF MASSACHUSETTS_____

JEFFREY GREENFIELD and SALEM FIVE
CENTS SAVINGS BANK,

          Plaintiff,          CASE NO. 98 CV 11422PBS

v.

JEFFERSON-PILOT INSURANCE CO.,
          Defendant.

## STIPULATION OF DISMISSAL WITH PREJUDICE

NOW COME the plaintiff, Salem Five Cents Savings Bank, and the defendant, Jefferson-Pilot Insurance Co., and hereby stipulate that the above matter may be dismissed, with prejudice and without costs, each party waiving any right of appeal.

For the Plaintiff,
Salem Five Cent Savings Bank
By Its Attorneys

_____
Peter Sutton, BBO# 489180
Riemer & Braunstein
3 Center Plaza
Boston, MA  02108


For the Defendant
Jefferson-Pilot Insurance Co.
By Its Attorneys

_____
Roger A. Emanuelson, BBO# 154060
Lecomte, Emanuelson, Motejunas & Doyle
1250 Hancock Street, Suite 815N
Quincy, MA  02169
(617) 328-1900

Date: 12/22/99

**DOCKETED** 51

## CERTIFICATE OF SERVICE

I, Roger A. Emanuelson, hereby certify that on this ___27th___ day of ~~December, 1999~~ _January 2000_, a true copy of the above document was served, via first class mail, postage pre-paid, upon:

        Peter H. Sutton, Esquire
        Riemer & Braunstein
        3 Center Plaza
        Boston, MA 02108

                          _____
                          Roger A. Emanuelson, BBO#154060